CO-386
10/2018

# United States District Court
# For the District of Columbia

GENENTECH, INC. )
)
)
)
)
                    Plaintiff )
vs )    Civil Action No. __1:25-cv-290_____
)
DOROTHY FINK, ACTING SECRETARY OF )
THE U.S. DEPARTMENT OF HEALTH AND )
HUMAN SERVICES, et al. )
)
                    Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Genentech, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Genentech, Inc._____ which have any outstanding securities in the hands of the public:

Plaintiff Genentech, Inc., is a subsidiary of Roche Holdings, Inc., a Delaware corporation. Genentech is ultimately wholly owned by Roche Holding Ltd, which is publicly traded on the Swiss stock exchange. On information and belief, no other publicly held company owns 10% or more of the voting interest in Genentech, Inc. Genentech is a Delaware corporation with its principal place of business in California.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Allon Kedem
_____
Signature

D.C. Bar No. 1009039
_____
BAR IDENTIFICATION NO.

Allon Kedem
_____
Print Name

601 Massachusetts Ave, NW
_____
Address

Washington, DC            20001-3743
_____
City       State       Zip Code

(202) 942-5000
_____
Phone Number