AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Genentech, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-290 |
| Dorothy Fink, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Genentech, Inc.

Date: 01/31/2025

/s/ Jeffrey L. Handwerker
*Attorney's signature*

Jeffrey L. Handwerker (D.C. Bar No. 451913)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
*Address*

jeffrey.handwerker@arnoldporter.com
*E-mail address*

(202) 942-6103
*Telephone number*

(202) 942-5999
*FAX number*