UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENENTECH, INC, <br><br> Plaintiff, <br><br> v. <br><br> DOROTHY FINK, et al., <br><br> Defendants. | Civil Action No. 25-0290 (JEB) |

**MOTION FOR EXTENSION OF TIME TO**
**ANSWER THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants, Robert F. Kennedy, Jr.,[1] in his official capacity as Secretary of Health and Human Services and Carole Johnson, in her official capacity as Health Resources and Services Administrator, collectively ("Defendants"), by and through undersigned counsel, respectfully move this Court for an extension of thirty days, up to and including September 17, 2025, to answer the Complaint.

In support of this motion the Defendants state as follows:

1. Plaintiff initiated the instant action on January 31, 2025, pursuant to the Administrative Procedure Act ("APA"), challenging the Defendants' decision to certify certain healthcare entities that allegedly purchased medication from the Plaintiffs at reduced prices in connection to Section 340B of the Public Health Service Act ("340B Program"), 42 U.S.C. § 256b. *See* Compl. (ECF No. 1). On August 4, 2025, the Court denied Defendants' partial motion

---

[1] The current federal officials are substituted for their predecessors pursuant to Federal Rule of Civil Procedure 25(d).

to dismiss and directed the Defendants to file their answer by August 18, 2025. *See* Min. Order (Aug. 4, 2025). There is good cause for the Court to grant requested extension.

2. Since the Court's August 4, 2025 Order directing the Defendants to file their answer by August 18, 2025, the undersigned counsel has been coordinating with the assigned agency counsel to prepare Defendants' answer. The undersigned understands there has been personnel changes and another agency counsel has been assigned to this matter. As such, the undersigned needs time to work with new agency counsel on this case. Furthermore, additional time is warranted due to the undersigned counsel's heavy workload and pre-planned leave. Specifically, the undersigned counsel was responsible for defending two depositions and taking the deposition of a plaintiff on August 6th through August 8th in an employment discrimination case. The undersigned counsel is also responsible for three dispositive motions, two answers, and multiple status reports in between August 4th and August 18th. The undersigned counsel was also on pre-planned leave on August 13, 2025, and on leave again on August 25th and 29th. The newly assigned agency counsel is also on pre-planned leave. The undersigned counsel requires a reasonable amount of time to collaborate with agency counsel to collect all necessary information to prepare a draft answer to the Complaint. Any draft answer must be completed sufficiently in advance of the deadline for agency and supervisory review before filing it with the Court.

3. The extension requested by the Defendants will not affect any other deadlines in this case. This is the first extension request as the deadline for filing an answer, and Defendants' third extension request overall.

4. Pursuant to Local Civil Rule 7(m), the undersigned counsel emailed Plaintiff's counsel on August 11, 2025, and held a telephone conference with Plaintiff's counsel on August 12, 2025. However, Plaintiff's counsel did not provide a clear position on Defendants'

enlargement of time request during that meet and confer session. As a result, on August 13, the undersigned followed up with another email to Plaintiff's' counsel and advise that if she did not hear from counsel by 2:00 P.M. today, the extension motion will represent to the Court that Plaintiff opposes the Defendants' request.  At the time of this filing, Plaintiff's counsel has not provided a response to Defendants request.

*   *   *

For the foregoing reasons, the Defendants respectfully request that the Court grant this motion and allow the Defendants to answer the Complaint by September 17, 2025. A proposed Order is being filed with this motion.

Dated: August 14, 2025, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENENTECH, INC,<br><br>   Plaintiff,<br><br>   v.<br><br>DOROTHY FINK, et al.,<br><br>   Defendant. | Civil Action No. 25-0290 (JEB) |

## [PROPOSED] ORDER

Upon consideration of the Defendants' Motion for Extension of Time to Answer the Complaint, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Defendant shall have until September 17, 2025, to respond to the Complaint.

SO ORDERED this _____ day of August _____, 2025.

_____
Chief Judge James E. Boasberg
United States District Court Judge