UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOROTHY FINK, et al., <br><br> Defendants. | Civil Action No. 25-0290 (JEB) |

## UNOPPOSED MOTION TO MODIFY SUMMARY JUDGMENT BREIFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants by and through the undersigned counsel, respectfully move to modify the briefing schedule.

In support of this motion Defendants state as follows:

1. Plaintiff brings this action under the Administrative Procedure Act, 5 U.S.C. § 706. The Court entered a briefing schedule on November 25, 2025. *See* Nov. 25, 2025, Min. Order. Pursuant to this schedule, Defendants filed a Certified Lists of the Contents of the Administrative Record on January 23, 2026, and made the administrative record available that same day. *See* (ECF No. 31). After conferring with Plaintiff, Defendants determined that the administrative record required amendment to include additional materials.[1] Defendants accordingly supplemented the administrative record and produced an amended index to Plaintiff on or about February 10, 2026. In light of the amendment to the administrative record, Defendant

---

[1] A notice of the filing of an amended certified list of the administrative record is being filed simultaneously with this motion.

respectfully request that the current briefing schedule be modified to allow additional time for summary judgment briefing.

2. This is the first extension of this deadline that the Defendants have requested, and the fourth extension Defendants have requested overall in this case. Plaintiff has also moved for and was granted one extension.

3. Pursuant to Local Civil Rule 7(m), the undersigned counsel for the Defendants conferred with Plaintiff through Plaintiff's counsel and Plaintiff does not oppose the relief requested herein.

4. Defendants respectfully propose the following modified schedule:

1) Plaintiff shall file its Motion for Summary Judgment no later than March 20, 2026;

2) Defendants and Intervenor shall each file a consolidated Opposition to Plaintiff's Motion and Cross-Motion for Summary Judgment no later than April 24, 2026;

3) Plaintiff shall file a consolidated Opposition to Defendants' Cross-Motions and Reply in support of its own Motion no later than May 15, 2026;

4) Defendants and Intervenor shall file any Replies in support of their Cross-Motions no later than June 5, 2026; and

5) The parties shall file the Joint Appendix no later than June 30, 2026.

\*   \*   \*

- 3 -

Dated: February 19, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENENTECH, INC, <br><br> Plaintiff, <br><br> v. <br><br> DOROTHY FINK, et al., <br><br> Defendants. | Civil Action No. 25-0290 (JEB) |

### **[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion to Modify the Summary Judgment Briefing Schedule, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED

1) Plaintiff shall file its Motion for Summary Judgment no later than March 20, 2026;

2) Defendants and Intervenor shall each file a consolidated Opposition to Plaintiff's Motion and Cross-Motion for Summary Judgment no later than April 24, 2026;

3) Plaintiff shall file a consolidated Opposition to Defendants' Cross-Motions and Reply in support of its own Motion no later than May 15, 2026;

4) Defendants and Intervenor shall file any Replies in support of their Cross-Motions no later than June 5, 2026; and

5) The parties shall file the Joint Appendix no later than June 30, 2026.

SO ORDERED this _____ day of February _____, 2026.

- 2 -

_____
Honorable Chief Judge James E. Boasberg
United States District Court Judge